Stephen L. ELLIOTT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42895.

Missouri Court of Appeals,
Western District.

Aug. 7, 1990.

Robert L. Fleming, Columbia, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion without evidentiary hearing.

Judgment affirmed. Rule 84.16(b).